STATE OF NORTH CAROLINA v. JIMMY LEE

No. 746SC809

(Filed 6 November 1974)

DEFENDANT appeals from *Peel, Judge,* June 1974 Session of Superior Court held in HALIFAX County.

By a bill of indictment, proper in form, defendant was charged with the kidnapping of John Jackson Edwards on 2 May 1974. Defendant pleaded not guilty, a jury found him guilty as charged, and the court entered judgment sentencing him to prison for a term of not less than 23 years nor more than 26 years, the sentence to begin at expiration of all sentences he was serving at the time the judgment was entered. Defendant appealed.

*Attorney General James H. Carson, Jr., by Associate Attorney James E. Delany, for the State.*

*Allsbrook, Benton, Knott, Allsbrook & Cranford, by Dwight L. Cranford, for defendant appellant.*

BRITT, Judge.

While defendant assigns no error, we have carefully reviewed the record in this case and find that it is free from prejudicial error. Defendant received a fair trial and the sentence imposed is within the limits allowed by statute.

No error.

Judges CAMPBELL and VAUGHN concur.